

FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0587

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0587

_____

TY REED ORSBORN,

Petitioner,

v.                                                          **FILED**

                                                            OCT 23 2024

JIM SALMONSEN, WARDEN,                          Bowen Greenwood
MONTANA STATE PRISON,                         Clerk of Supreme Court
                                                  State of Montana

Respondent.                                    O R D E R

_____

Ty Reed Orsborn petitions this Court for habeas corpus relief and states that the Nineteenth Judicial District Court, Lincoln County, did not provide his credit for time served. In his Petition, Orsborn requests 81 days of credit toward his sentence and credit for time served from April 2, 2022 to October 14, 2022. Orsborn provides no copies of a sentencing judgment.

Available electronic records indicate that the Lincoln County District Court issued an Order for Deferred Imposition of Sentence on September 12, 2022. The court accepted Orsborn's guilty plea to felony criminal endangerment and deferred his sentence for a period of five years. The court also stated that if Orsborn's probation were revoked, he shall receive credit for time served for 81 days.

On January 3, 2024, the State filed its first Petition to Revoke Probation followed by the July 8, 2024 filing of an Amended Petition to Revoke Probation. Orsborn admitted violating the conditions, and the court revoked his sentence. On August 12, 2024, the court sentenced Orsborn to the Montana State Prison for a five-year term. The court awarded 127 days of credit from time served as well as 120 days' credit for elapsed time or street time.

Orsborn appears mistaken. The District Court awarded Orsborn credit in the recent sentence upon revocation. Orsborn has not demonstrated otherwise. Orsborn may request a copy of his sentence calculation while at MSP.

Orsborn has a valid sentence. He is not entitled to habeas corpus relief. Section 46-22-101(1), MCA.

IT IS ORDERED that Orsborn's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to counsel of record and to Ty Reed Orsborn personally.

DATED this 23rd day of October, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2